UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph D. Thornblad,

       Petitioner,

v.                                                                                      Civil No. 13-3126 (JNE/SER)
                                                                                        ORDER
Commissioner of Human Services,

       Respondent.

       Petitioner Joseph Thornblad is a patient at the St. Peter Regional Treatment Center in St. Peter, Minnesota.  He is detained there under an order of civil commitment for an indeterminate period that was entered by a Minnesota state court in 1996.  Mr. Thornblad brought this action seeking a writ of habeas corpus under 28 U.S.C. § 2254 – his fourth such petition in this District to challenge that 1996 order.  *See Thornblad v. Goodno,* Civil No. 05-1753 (RHK/SRN) (D.Minn. 2005); *Thornblad v. Vue-Benson*, Civil No. 09-439 (JNE/SRN); *Thornblad v. Ludeman*, Civil No. 10-4154 (JNE/SER).

       The case is now before the Court on a Report and Recommendation from the Honorable Steven E. Rau, United States Magistrate Judge.  ECF No. 5.  Magistrate Judge Rau recommends that Mr. Thornblad's petition be denied and that this action be summarily dismissed for lack of jurisdiction under 28 U.S.C. § 2244(b) because he has not obtained authorization for the filing of successive habeas corpus petitions from the Eighth Circuit Court of Appeals.

       Following the issuance of the Report and Recommendation, Mr. Thornblad addressed a letter to the Court.  ECF No. 6.  Mr. Thornblad's letter does not contain any "specific written

CASE 0:13-cv-03126-JNE-SER   Document 7   Filed 02/05/14   Page 2 of 2

objections" to the Report and Recommendation as the Local Rules require, *see* D. Minn. L.R.

72.2(b), but instead reiterates his claim that he is "innocent of all charges."

The Court has conducted a de novo review of the record, *id.*, and now adopts the Report

and Recommendation.


THEREFORE, IT IS ORDERED THAT:

1.  Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [ECF No. 1]

    is DENIED.

2.  This action is summarily DISMISSED for lack of jurisdiction.

3.  A Certificate of Appealability is DENIED.


LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 4, 2014                        s/Joan N. Ericksen
                                               The Honorable Joan N. Ericksen
                                               United States District Judge